```
                            FILED - SOUTHERN DIVISION
                            CLERK, U.S. DISTRICT COURT

                                  SEP 2 8 2011

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 11- **SACR 11-241** |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 287: False, Fictitious, or Fraudulent Claims Against the United States; 18 U.S.C. § 2(b): Causing an Act to Be Done] |
| DENNIS O. BROWN and EDMOND S. BROWN, | |
| Defendants. | |

**UNDER SEAL**

The Grand Jury charges:

[18 U.S.C. §§ 287, 2(b)]

On or about September 26, 2009, in San Bernardino County, within the Central District of California, and elsewhere, defendants DENNIS O. BROWN and EDMOND S. BROWN made and presented, and caused to be made and presented, to the United States Treasury Department, through the Internal Revenue Service, a claim against the United States for payment of a fraudulent tax refund in the amount of $492,142 on behalf of defendant EDMOND S. BROWN, with knowledge that such claim was false, fictitious, and

fraudulent because it was based upon a fictitious federal income tax withholding in the amount of $738,674.

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

CHARLES E. PELL
Assistant United States Attorney
Santa Ana Branch Office